**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Matthew M. Wilkinson                             CHAPTER 13
                Debtor(s)

                                                        BKY. NO. 22-12763 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of STATE FINANCIAL NETWORK, LLC and index same on the master mailing list.

                                                        Respectfully submitted,

                                                        /s/ *Michael Farrington*
                                                        Michael Farrington
                                                        04 Nov 2022, 15:08:47, EDT

                                                        KML Law Group, P.C.
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA 19106-1532
                                                        (215) 627-1322

Document ID: ce2f73e0b30d7e670cb9aafea04d69d694b0f5aeb53db69953385826f7a66b4e