# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-12763-AMC

MATTHEW M. WILKINSON

1813 Midfield Road

Feasterville Trevose, PA 19053

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MATTHEW M. WILKINSON

1813 Midfield Road

Feasterville Trevose, PA 19053

Counsel for debtor(s), by electronic notice only.

    CAROL B MCCULLOUGH
    65 W STREET RD
    SUITE A-204
    WARMINISTER, PA 18974-

                                          /S/ Kenneth E. West

Date: 2/1/2023                           _____

                                          Kenneth E. West, Esquire
                                          Chapter 13 Standing Trustee